■ MARVIN GREENE, Appellant, v LILLIAN FISHER, Respondent.

Having reviewed the record before this court, we conclude that the plaintiff landlord should pursue his available remedies in the Civil Court of the City of New York. Mollen, P. J., Thompson, Lawrence and Weinstein, JJ., concur.